IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:04CV01184

| | |
|---|---|
| BEACON ATHLETICS, LLC<br>d/b/a BEACON GOLF,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>Defendant. | **NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Beacon Athletics, LLC d/b/a Beacon Golf, hereby dismisses the above-referenced action without prejudice.

This the 18th day of April, 2005.

_____
James A. Medford
NC State Bar No. 2960
Richard A. Coughlin
NC State Bar No. 19897
SMITH MOORE LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27420
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

OF COUNSEL:

Thomas J. Donovan
Bradley A. Ullrick
BARNES & THORNBURG LLP
Suite 4400
One North Wacker Drive
Chicago IL 60606-2809
Telephone: (312) 357-1313

Attorneys for Plaintiff BEACON GOLF